**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

BAILEY METALS, LLC                                                                                 PLAINTIFF

V.                                                       NO. 4:08-CV-00153-WAP-DAS

SUPERIOR BOAT WORKS,
SCHILLING ENTERPRISES, LLC,
AND FEDERAL INSURANCE CO.                                     DEFENDANTS

## ORDER DENYING MOTION WITHOUT PREJUDICE

Plaintiff Bailey Metals has moved the Court for an Order directing Defendants to preserve the sunken barge which is the subject of this litigation until such time as Bailey Metals can obtain videotape evidence of the current condition of the sunken barge. The Court, being advised in the premises, finds that Bailey Metals' Motion is now moot. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Preservation of Evidence is denied as moot *without prejudice* against Plaintiff in the event Plaintiff determines that a request for such relief is necessary in the future.

SO ORDERED this 8th day of December, 2008.

                                                                     /s/ David A. Sanders
                                                                     UNITED STATES MAGISTRATE JUDGE