# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

BAILEY METALS, LLC                                                              PLAINTIFF

V.                                                              NO. 4:08-CV-00153-WAP-DAS

SUPERIOR BOAT WORKS,
SCHILLING ENTERPRISES, LLC,
AND FEDERAL INSURANCE CO.                                DEFENDANTS

## ORDER STAYING PROCEEDINGS PENDING ARBITRATION

Plaintiff and Defendants have *ore tenus* moved the Court for an Order staying this proceeding until completion of arbitration currently pending in Memphis, Tennessee, provided that the parties be permitted to utilize the subpoena power of this Court for purposes of conducting non-party discovery for use in the arbitration proceeding. The Court, being advised in the premises, finds that the Motion is well-taken. Accordingly,

IT IS ORDERED that this matter is STAYED until completion of the arbitration between these parties currently pending in Memphis, Tennessee, provided that the parties are permitted to utilize the subpoena power of this Court for purposes of conducting non-party discovery for use in the arbitration proceeding. The parties shall notify the undersigned within ten days of conclusion of the arbitration proceedings.

SO ORDERED, this the 8th day of April, 2009.

                                                                                         /s/ David A. Sanders
                                                                                         UNITED STATES MAGISTRATE JUDGE